# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS M. HOLLENSTEIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOEY RESTAURANT, a business entity of unknown form, JOEY RESTAURANT (WOODLAND HILLS) INC., a California Corporation and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | Case No.: CV 18-8329-DMG (RAOx)<br><br>**ORDER TO FOR DISMISSAL WITH PREJUDICE [23]** |

Pursuant to the parties' stipulation, and for good cause shown, the above-captioned action, including all claims and counterclaims stated therein against all parties, is hereby dismissed with prejudice, in its entirety. The parties shall bear their own attorney's fees and costs.

DATED: April 11, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE